AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2025 ★
LONG ISLAND OFFICE

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Wade Pyatt, Robert Pyatt, Wadena Pyatt, Lilteshe Pyatt )
)
)
*Plaintiff(s)* )
v. )  Civil Action No. CV 25 1478
Hilton Homewood Suites, Hilton Hampton Inn, Grand Prix Lessee, Hilton Worldwide, Highgate Hotel Management, Hilton Hotel Manger, Aimbridge Hospitality )
)
)
KOVNER, J.
WICKS, M.J.
*Defendant(s)* )

REC'D IN PRO SE OFFICE
MAR 17 '25 PM 3:54

RECEIVED
MAR 17 2025
EDNY PRO SE OFFICE

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Please see attached of Defendant address.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Please see attached of Plaintiff address

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: March 17th, 2025

_____
*Signature of Clerk or Deputy Clerk*

Plaintiffs and Defendants

I. The parties to This Complaint

A. The plaintiff(s)

Wade Pyatt, a retired bus driver for the Nassau County EOC Roosevelt HeadStart Program, who was in the process of relocating from New York to Alabama with his wife and family but was affected by the COVID pandemic and unable to move.

Mailing address: PO Box 44,
Coram, NY 11727
(516) 462-6421

Address for service if needed: 1615 Main Street, Apt 112
Port Jefferson, NY 11777

Roberta Pyatt, a retired business owner of Pyatt's Daycare, who was in the process of relocating with her husband Wade Pyatt and family from New York to Alabama but was affected by the COVID pandemic and unable to move.

Mailing Address: PO Box 44,
Coram, NY 11727
(516) 462-6421

Address for service if needed: 1615 Main St, Apt 112
Port Jefferson, NY 11777

Wadena Pyatt, a Civil rights Advocate, former 1st Vice-President of a Nassau County Branch of the NAACP, former Democratic Party Leader and professional singer/songwriter who stood to fight against racial and disability discrimination with her family.
Mailing Address: PO Box 44,
Coram, NY 11727
(516) 462-6421

Address for service if needed: 1615 Main St, Apt 112
Port Jefferson, NY 11777



2

Liltesha Pyatt, Caregiver and daughters of Wade Pyatt and Roberta Pyatt were in the process of relocating from New York to Alabama but was affected by the COVID pandemic and unable to move.

PO Box 44,
Coram, NY 11727
(516) 462-6421
Address for service if needed: 1615 Main St
Port Jefferson, NY 11777

B. The Defendant(s)

Defendant No.1

Hilton Homewood Suites
1585 Round Swamp Rd,
Plainview, NY 11803
(516) 293-4663

Defendant No.2

Hilton Hampton Inn
1600 Veterans Memorial Hwy,
Islandia, NY 11749
(631) 234-0400

Defendant No. 3

Hilton Worldwide Holdings Inc
7930 Jones Branch Drive,
McLean, VA 22102
(703) 883-5100 or (703) 883-5381

Defendant No. 4

Grand Prix Lessee LLC (Management/Hotel Owners/Foreign Liability Company who operates also from Hilton Hampton Inn)
1600 Veterans Memorial Hwy,
Islandia, NY 11749
(631) 234-0400

Defendant No. 5

Hilton Hotel Management

3

7930 Jones Branch Drive
McLean, VA 22102
(703)883-5100, (703) 883-5381

Defendant No. 6

Highgate Hotel Management
870 Seventh Ave (2nd Floor)
New York, New York 10019
(212) 707-4322

Defendant No. 7

Aimbridge Hospitality
5301 Headquarters Drive,
Plano, TX 75024
(972) 952-0200

